UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
BLAIR JAMES SPEERS et al., :
:
Petitioners, :
: 21-CV-3635 (VSB)
-against- :
: **ORDER**
MAKEMYTRIP LIMITED, :
:
Respondent. :
:
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2021
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

This case has been assigned to me for all purposes. On April 23, 2021, Petitioners filed a complaint and a memorandum of law in support of its petition to confirm an arbitration award. Petitioners have not yet docketed an affidavit of service.

Proceedings to confirm or to vacate arbitration awards must be "treated as akin to a motion for summary judgment." *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation May 23, 2021. Respondent's opposition, if any, is due on June 21, 2021. Petitioners' reply, if any, is due on July 6, 2021.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent and file an affidavit on ECF certifying that such service has been effected.

SO ORDERED.

Dated: April 27, 2021
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge